LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFFS**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA LYNN, A.E.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE, N.S., a minor, by and through his guardian ad litem KIM SPURGEON, A.M.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SOLANO, a public entity; JAMES HASKELL; EMILY HASKELL; and DOES ONE THROUGH ONE HUNDRED,<br><br>    Defendants. | Case No. 2:23-cv-01738-JAM-DB<br><br>**ORDER APPOINTING KIM SPURGEON GUARDIAN AD LITEM FOR MINOR PLAINTIFF N.S..** |

## ORDER

THE COURT FINDS that it is reasonable and necessary to appoint a Guardian ad Litem for the minor plaintiff N.S. as requested.

THE COURT ORDERS that Kim Spurgeon is hereby **APPOINTED** as the Guardian ad Litem for minor plaintiff N.S.

The hearing set for 10/17/2023 is **VACATED**.

Dated: October 02, 2023    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
ORDER APPOINTING KIM SPURGEON GUARDIAN AD LITEM FOR MINOR PLAINTIFF N.S.
Case No. 2:23-CV-01738-JAM-DB