Douglas C. Smith, Esq. (SBN 160013)
John R. Byerly, Esq. (SBN 340021)
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, CA 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356
dsmith@smitlaw.com
jbyerly@smitlaw.com

Attorneys for Defendants
JAMES HASKELL and EMILY HASKELL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA LYNN, A.E.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE, N.S., a minor by and through his guardian ad litem KIM SPURGEON, A.M.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SOLANO, a public entity; JAMES HASKELL; EMILY HASKELL; and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:23-cv-01738-JAM-DB<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER GRANTING STIPULATION (ECF No. 31)**<br><br>*Complaint filed 8/16/23* |

///

///

///

# **ORDER**

Based on the stipulation of the parties (ECF No. 31), and good cause appearing, the Pretrial Scheduling Order (ECF No. 28), is **MODIFIED** as follows:

| Event | Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff Date | 10/04/2024 | **02/07/2025** |
| Disclosure of Expert(s) Deadline | 8/09/2024 | **12/13/2024** |
| Supplemental Disclosure Deadline | 8/23/2024 | **12/27/2024** |
| Joint Mid-Litigation Statement Deadline | 9/20/2024 | **10/04/2024** |
| Dispositive Motion Filing Deadline | 11/29/2024 | **04/11/2025** |
| Dispositive Motion Hearing | 1/28/2025 | **06/17/2025, at 01:00 p.m.** |
| Joint Pretrial Statement Deadline | 3/25/2025 | **07/24/2025** |
| Final Pretrial conference | 4/01/2025 | **08/01/2025, at 11:00 a.m.** |
| Jury Trial (10-12 Days) | 5/12/2025 | **09/15/2025, at 9:00 a.m.** |

All other instructions contained in the December 15, 2023 Pretrial Scheduling Order (ECF No. 28) shall remain in effect.

**IT IS SO ORDERED**.

Dated: August 06, 2024         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE