SERENA M. WARNER, ESQ., SB No. 264799
swarner@akk-law.com
ROBERT K. GAULTNEY, ESQ., SB No. 119233
bgaultney@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF SOLANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA LYNN, A.E.S. a minor, by and through her guardian ad litem KRISTIN McKENZIE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01738-JAM-SCR<br><br>**STIPULATION AND ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER** |

    The parties, by and through their respective counsel or record and subject to approval of the Court, hereby stipulate and respectfully request to modify and extend by four (4) months the below deadlines set forth in this Court's Status (Pre-trial Scheduling) Order dated December 15, 2023, (ECF No. 28).

    Good cause exists for the modification because the parties have Petitioned the Solano County Juvenile Court to obtain otherwise confidential juvenile detention and adoption files. These files are critical to the parties' ability to engage in discovery and the parties' resolution of this case. To date, the parties have not received authorization from the Juvenile Court to access the juvenile court files and distribute them as part of the litigation discovery process. Given the current

discovery deadline in this case, the lack of juvenile court records makes reasonable discovery in this case extremely difficult if not impossible. Therefore, the parties seek the stipulated change in trial deadlines to allow for adequate time for discovery. The parties seek the following modifications:

| Event | Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff Date | 02/07/2025 | 06/06/2025 |
| Disclosure of Expert(s) Deadline | 12/13/2024 | 04/11/2025 |
| Supplemental Disclosure Deadline | 12/27/2024 | 04/25/2025 |
| Joint Mid-Litigation Statement Deadline | 10/04/2024 | 04/07/2025 |
| Dispositive Motion Filing Deadline | 04/11/2025 | 08/08/2025 |
| Dispositive Motion Hearing | 06/17/2025 @ 1:00 p.m. | 10/17/2025 @ 1:00 p.m. |
| Joint Pretrial Statement Deadline | 07/24/2025 | 11/21/2025 |
| Final Pretrial Conference | 08/01/2025 @ 11:00 a.m. | 12/1/2025 @ 11:00 a.m. |
| Jury Trial (10-12 days) | 09/15/2025 @ 9:00 a.m. | 01/12/2026 @ 9:00 a.m. |

The parties request the above modifications for the reasons articulated above.

All other instructions contained in the December 15, 2023 Pretrial Scheduling Order (ECF No. 28) shall remain in effect.

Dated:  November 20, 2024                                ANGELO, KILDAY & KILDUFF, LLP

                                                                                  */s/ Robert K. Gaultney*
                                                                        By:_____
                                                                               SERENA M. WARNER
                                                                               ROBERT K. GAULTNEY
                                                                               Attorneys for Defendant COUNTY OF SOLANO

| | |
|---|---|
| Dated: November 20, 2024 | SMITH LAW OFFICE, LLP |
| | */s/ John R. Byerly*<br>   *(as authorized on 11.20.24)*<br>By:_____<br>   DOUGLAS C. SMITH<br>   JOHN R. BYERLY<br>   Attorneys for Defendants JAMES<br>   HASKELL AND EMILY HASKELL |
| Dated: November 20, 2024 | WALKUP, MELODIA, KELLY & SCHOENBERGER |
| | */s/ Valerie N. Rose*<br>   *(as authorized on 11.20.24)*<br>By:_____<br>   KHALDOUN BAGHDADI<br>   VALERIE N. ROSE<br>   CLIFTON N. SMOOT<br>   Attorneys for Plaintiffs ARIANA LYNN,<br>   KRISTIN McKENZIE, and KIM<br>   SPURGEON |

# ORDER

Good cause having been shown, it is ordered that:

| Event | Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff Date | 02/07/2025 | 06/06/2025 |
| Disclosure of Expert(s) Deadline | 12/13/2024 | 04/11/2025 |
| Supplemental Disclosure Deadline | 12/27/2024 | 04/25/2025 |
| Joint Mid-Litigation Statement Deadline | 10/04/2024 | 04/07/2025 |
| Dispositive Motion Filing Deadline | 04/11/2025 | 08/08/2025 |
| Dispositive Motion Hearing | 06/17/2025 @ 1:00 p.m. | 10/17/2025 @ 1:00 p.m. |
| Joint Pretrial Statement Deadline | 07/24/2025 | 11/21/2025 |
| Final Pretrial Conference | 08/01/2025 @ 11:00 a.m. | 12/1/2025 @ 11:00 a.m. |
| Jury Trial (10-12 days) | 09/15/2025 @ 9:00 a.m. | 01/12/2026 @ 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: December 5, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

-4-
STIPULATION AND ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER