1  SERENA M. WARNER, ESQ., SB No. 264799
    swarner@akk-law.com
2  ROBERT K. GAULTNEY, ESQ., SB No. 119233
    bgaultney@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7

8  Attorneys for Defendant COUNTY OF SOLANO

9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12  ARIANA LYNN, A.E.S. a minor, by and        ) Case No.: 2:23-cv-01738-JAM-SCR
    through her guardian ad litem KRISTIN      )
13  McKENZIE, et al.,                          ) **AMENDED STIPULATION AND ORDER**
                                               ) **MODIFYING THE PRETRIAL**
14                             Plaintiffs,      ) **SCHEDULING ORDER**
                                               )
15                     vs.                      )
                                               )
16  COUNTY OF SOLANO, et al.,                   )
                                               )
17                                             )
                             Defendants.        )
18                                             )
                                               )
19  ─────────────────────────────

20          The parties, by and through their respective counsel or record and subject to approval of

21  the Court, hereby stipulate and respectfully request to modify and extend by four (4) months the

22  below deadlines set forth in this Court's Status (Pre-trial Scheduling) Order dated December 15,

23  2023, (ECF No. 28).

24          Good cause exists for the modification because the parties have Petitioned the Solano

25  County Juvenile Court to obtain otherwise confidential juvenile detention and adoption files. These

26  files are critical to the parties' ability to engage in discovery and the parties' resolution of this case.

27  To date, the parties have not received authorization from the Juvenile Court to access the juvenile

28  court files and distribute them as part of the litigation discovery process. Given the current

discovery deadline in this case, the lack of juvenile court records makes reasonable discovery in this case extremely difficult if not impossible. Therefore, the parties seek the stipulated change in trial deadlines to allow for adequate time for discovery. The parties seek the following modifications:

| Event | Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff Date | 02/07/2025 | 06/06/2025 |
| Disclosure of Expert(s) Deadline | 12/13/2024 | 04/11/2025 |
| Supplemental Disclosure Deadline | 12/27/2024 | 04/25/2025 |
| Joint Mid-Litigation Statement Deadline | 10/04/2024 | 04/07/2025 |
| Dispositive Motion Filing Deadline | 04/11/2025 | 08/08/2025 |
| Dispositive Motion Hearing | 06/17/2025 @ 1:00 p.m. | 10/21/2025 @ 1:00 p.m. |
| Joint Pretrial Statement Deadline | 07/24/2025 | 11/21/2025 |
| Final Pretrial Conference | 08/01/2025 @ 11:00 a.m. | 12/5/2025 @ 11:00 a.m. |
| Jury Trial (10-12 days) | 09/15/2025 @ 9:00 a.m. | 01/12/2026 @ 9:00 a.m. |

The parties request the above modifications for the reasons articulated above.

All other instructions contained in the December 15, 2023 Pretrial Scheduling Order (ECF No. 28) shall remain in effect.

Dated:  November 20, 2024

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Robert K. Gaultney*

By:_____
SERENA M. WARNER
ROBERT K. GAULTNEY
Attorneys for Defendant COUNTY OF
SOLANO

1

2   Dated:  November 20, 2024            SMITH LAW OFFICE, LLP

3                                      */s/ John R. Byerly*

4                                        *(as authorized on 11.20.24)*
                              By:_____

5                                     DOUGLAS C. SMITH

6                                     JOHN R. BYERLY
                                     Attorneys for Defendants JAMES

7                                     HASKELL AND EMILY HASKELL

8   Dated:  November 20, 2024            WALKUP,    MELODIA,    KELLY    &amp;
                                     SCHOENBERGER

9

10                                  */s/ Valerie N. Rose*
                                      *(as authorized on 11.20.24)*

11                              By:_____

12                                     KHALDOUN BAGHDADI
                                     VALERIE N. ROSE

13                                     CLIFTON N. SMOOT
                                     Attorneys for Plaintiffs ARIANA LYNN,

14                                     KRISTIN McKENZIE, and KIM
                                     SPURGEON

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER

ORDER

Good cause having been shown, it is ordered that:

| **Event** | **Deadline** | **New Deadline** |
|---|---|---|
| Discovery Cutoff Date | 02/07/2025 | 06/06/2025 |
| Disclosure of Expert(s) Deadline | 12/13/2024 | 04/11/2025 |
| Supplemental Disclosure Deadline | 12/27/2024 | 04/25/2025 |
| Joint Mid-Litigation Statement Deadline | 10/04/2024 | 04/07/2025 |
| Dispositive Motion Filing Deadline | 04/11/2025 | 08/08/2025 |
| Dispositive Motion Hearing | 06/17/2025 @ 1:00 p.m. | 10/21/2025 @ 1:00 p.m. |
| Joint Pretrial Statement Deadline | 07/24/2025 | 11/21/2025 |
| Final Pretrial Conference | 08/01/2025 @ 11:00 a.m. | 12/5/2025 @ 11:00 a.m. |
| Jury Trial (10-12 days) | 09/15/2025 @ 9:00 a.m. | 01/12/2026 @ 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: December 6, 2024          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION AND ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER