1  SERENA M. WARNER, ESQ., SB No. 264799
   swarner@akk-law.com
2  ROBERT K. GAULTNEY, ESQ., SB No. 119233
   bgaultney@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF SOLANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA LYNN, A.E.S. a minor, by and through her guardian ad litem KRISTIN McKENZIE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SOLANO, et al., <br><br> Defendants. | Case No.: 2:23-CV-01738-JAM-SCR <br><br> **FOURTH STIPULATION MODIFYING PRETRIAL SCHEDULING ORDER; ORDER** <br><br> Complaint Filed:  August 16, 2023 <br> Trial Date:  August 03, 2026 |

Plaintiffs ARIANA LYNN, A.E.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE, N.S., a minor by and through his guardian ad litem KIM SPURGEON, A.M.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE (hereinafter collectively "Plaintiffs") and Defendants the COUNTY OF SOLANO ("County") and JAMES HASKELL AND EMILY HASKELL ("Haskell Defendants"), hereby submit this Stipulation to Further Continue the Pretrial Filing Deadlines.

///

-1-
STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

This case arises from alleged physical and sexual abuse of the four sibling Plaintiffs by the Haskell Defendants during the time Plaintiffs were placed in the Haskell home by the Defendant County. Plaintiffs brought claims against the County for civil rights violations and negligence/failure to perform mandatory duties and against the Haskell Defendants for battery and intentional infliction of emotional distress.

By virtue of the claims at issue, the Parties required access to the Juvenile Files of each Plaintiff to complete discovery. Petitions for Access to the Juvenile Files of each Plaintiff have been filed and have finally been resolved with Solano County Superior Court's Juvenile Division ("Juvenile Court" herein), pursuant to Welfare and Institution Code § 827. The prior request to continue the pre-trial filing deadlines was due to the outstanding 827 petitions and production of those files. Although the 827 petitions have now been resolved and documents produced, this occurred only recently in mid-September 2025, the supplemental document production from the County is still pending, and the Parties request and additional extension to allow for completion of necessary discovery based on these records prior to expert disclosure and the close of discovery.

Given these circumstances, the case remains in the early stages of discovery and the Parties have reached a stipulation to request a further two-month continuance of the pretrial filing deadlines.

### **STIPULATION**

This STIPULATION ("Stipulation") is made and entered into by and between all Plaintiffs and all Defendants appearing in the action, collectively, the "Parties," directly or through counsel as identified in the signature blocks. The Parties, by and through their undersigned counsel, hereby jointly stipulate and request the Court modify the Pretrial Scheduling Order.

### **RECITALS & GROUNDS FOR RELIEF**

1. The Court entered a Pretrial Scheduling Order on April 15, 2025 (Dkt. #39), setting forth a Schedule of Pretrial and Trial Dates.

2. This matter arises from accusations of physical and sexual abuse against Defendants James and Emily Haskell by the four sibling Plaintiffs, during the time Plaintiffs were placed in the Haskell home by Defendant Solano County ("County").

3. The four Plaintiffs now bring this action against the County for civil rights violations and negligence/failure to perform mandatory duties, and bring claims against Defendants James Haskell and Emily Haskell for battery and intentional infliction of emotional distress.

4. By virtue of the claims at issue, the Parties required access to the Juvenile Files of each Plaintiff to complete discovery. Petitions for Access to the Juvenile Files of each Plaintiff were filed with Solano County Superior Court's Juvenile Division, pursuant to Welfare and Institution Code § 827.

5. All four petitions have now been granted, and the Juvenile Court has recently completed production of the juvenile files for each Plaintiff in mid-September 2025.

6. Prior to receipt of the juvenile files, the Parties were been unable to take any depositions for lack of a documentary foundation for any deposition questioning.

7. Additionally, prior to receipt of the juvenile files, the Parties have been unable to meaningfully consult with experts, as these experts are unable to review the critical records contained in the juvenile case files of all four Plaintiffs.

8. Because the final set of juvenile documents were only recently received, the Parties have jointly determined that there is currently insufficient time to complete review of those files, secure expert witnesses, and complete discovery based on the existing pretrial scheduling order.

20. WHEREAS, in light of the circumstances above, GOOD CAUSE supports this Stipulation, in that the policies favoring judicial economy, settlement of disputes, the disposition of cases on the merits, and ends of justice would be served.

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST:

That the Court modify the pretrial schedule as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Discovery Cutoff Date | 12/08/2025 | 02/09/2026 |
| Disclosure of Expert(s) Deadline | 10/13/2025 | 12/15/2025 |

| | | |
|---|---|---|
| Supplemental Disclosure Deadline | 10/27/2025 | 12/29/2025 |
| Joint Mid-Litigation Deadline | 11/24/2025 | 1/26/2026 |
| Dispositive Motion Filing Deadline | 02/06/2026 | 04/10/2026 |
| Dispositive Motion Hearing | 04/21/2026 @ 1:00 p.m. | 06/23/2026 @ 1:00 p.m. |
| Joint Pretrial Statement Deadline | 05/29/2026 | 07/31/2026 |
| Final Pretrial Conference | 06/05/2026 @ 11:00 a.m. | 08/07/2026 @ 11:00 a.m. |
| Jury Trial (10-12 Days) | 08/03/2026 @ 9:00 a.m. | 10/05/2026 @ 9:00 a.m |

IT IS SO STIPULATED.

    This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signed copy of this Stipulation delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Stipulation.

Dated: Oct. 7, 2025    SMITH LAW OFFICES, LLP

        By:    /s/ Douglas C. Smith
            Douglas C. Smith, Esq.
            John R. Byerly, Esq.
            Attorney for Defendants
            JAMES HASKELL and EMILY HASKELL

1  Dated: Oct. 7, 2025         WALKUP, MELODIA, KELLY & SCHOENBERGER
2
3                              By:        /s/ Clifton Smoot
                                   Khaldoun A. Baghdadi, Esq.
4                                  Valerie N. Rose, Esq.
5                                  Clifton N. Smoot, Esq.
                                   Attorney for Plaintiffs
6

7
   Dated: Oct. 7, 2025         ANGELO, KILDAY & KILDUFF, LLP
8
9                              By:        /s/ Serena M. Warner
10                                 Serena M. Warner, Esq.
                                   Attorney for Defendant
11                                 COUNTY OF SOLANO

## **ORDER MODIFYING PRETRIAL SCHEDULING ORDER RDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Deadline |
|---|---|
| Discovery Cutoff Date | **02/09/2026** |
| Disclosure of Expert(s) Deadline | **12/15/2025** |
| Supplemental Disclosure Deadline | **12/29/2025** |
| Joint Mid-Litigation Statement Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **04/03/2026** |
| Dispositive Motion Hearing | **06/16/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **08/07/2026, at 11:00 a.m.** |
| Jury Trial (10-12 Days) | **10/05/2026, at 9:00 a.m.** |

All other instructions contained in the December 15, 2023 Pretrial Scheduling Order (ECF No. 28) shall remain in effect.

**IT IS SO ORDERED**.

Dated:  October 14, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE