LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
CLIFTON N. SMOOT (State Bar #305728)
csmoot@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARIANA LYNN, A.E.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE, N.S., a minor, by and through his guardian ad litem KIM SPURGEON, A.M.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE,

Plaintiffs,

v.

COUNTY OF SOLANO, a public entity; JAMES HASKELL; EMILY HASKELL; and DOES 1 through 100,

Defendants.

Case No. 2:23-cv-01738-JAM-SCR

**SIXTH STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Action Filed: August 16, 2023
Trial Date: June 7, 2027

Plaintiffs ARIANA LYNN, A.E.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE, N.S., a minor, by and through his guardian ad litem KIM SPURGEON, and A.M.S., a minor, by and through her guardian ad litem KRISTIN McKENZIE (hereinafter collectively “Plaintiffs”) and Defendants the COUNTY OF SOLANO (“County”) and JAMES HASKELL AND EMILY HASKELL (“Haskell Defendants”), hereby submit this Stipulation to Further Continue the Pretrial Disclosure Deadlines.

This case arises from alleged physical and sexual abuse of the four sibling Plaintiffs by the Haskell Defendants during the time Plaintiffs were placed in the Haskell home by the Defendant County. Plaintiffs brought claims against the County for civil rights violations and negligence/failure to perform mandatory duties and against the Haskell Defendants for battery and intentional infliction of emotional distress.

The Parties previously sought and were granted multiple continuances of the pre-trial filing deadlines, initially in relation to outstanding Petitions for Access to the Juvenile Files under Welfare and Institutions Code § 827 (resolved as of mid-September 2025), and subsequently to allow for review of the voluminous juvenile and criminal trial records and to address challenges in securing available experts (Dkt. ##31, 33, 35–39, 41–45).

The Parties have now reached a stipulation to request a continuance of the pretrial filing deadlines to account for delays in discovery that have resulted from the complexity of obtaining critical medical records for four minor Plaintiffs in the foster care system, the Haskell Defendants' change of counsel in early 2026, and pre-planned counsel unavailability, as set forth in detail below.

**<u>STIPULATION</u>**

This STIPULATION ("Stipulation") is made and entered into by and between all Plaintiffs and all Defendants appearing in the action, collectively, the "Parties," directly or through counsel as identified in the signature blocks. The Parties, by and through their undersigned counsel, hereby jointly stipulate and request the Court modify the Pretrial Scheduling Order.

**<u>RECITALS & GROUNDS FOR RELIEF</u>**

1. The Court entered a Pretrial Scheduling Order on April 15, 2025 (Dkt. #39), setting forth a Schedule of Pretrial and Trial Dates.

2. This matter arises from accusations of physical and sexual abuse against Defendants James and Emily Haskell by the four sibling Plaintiffs, during

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

the time Plaintiffs were placed in the Haskell home by Defendant Solano County ("County").

3. The four Plaintiffs now bring this action against the County for civil rights violations and negligence/failure to perform mandatory duties, and bring claims against Defendants James Haskell and Emily Haskell for battery and intentional infliction of emotional distress.

4. In January and February 2026, the Haskell Defendants underwent a change of counsel (Dkt. ##46–51), and on March 13, 2026, Eugene P. Ramirez and Joseph J. Maccarone of Manning & Kass, Ellrod, Ramirez, Trester LLP were designated as new counsel for the Haskell Defendants (Dkt. ##52–53). New counsel has required time to familiarize themselves with the extensive case file, including the voluminous juvenile files and criminal trial transcripts previously produced, and to confer with co-defendants' counsel regarding the discovery schedule and retention of experts.

5. On April 14, 2026, Defendant County of Solano served its First Set of Requests for Production of Documents and First Set of Interrogatories on each of the four Plaintiffs, seeking identification of all medical and mental health providers for purposes of subpoenaing critical medical records necessary for expert review.

6. Absent the requested information, the Parties were unable to obtain relevant records, and thus unable to meaningfully consult with experts.

7. Plaintiffs requested and received extensions of time to respond to Defendants' discovery requests, ultimately serving responses on June 17, 2026. These extensions were necessitated by the unique circumstances of this case: the four Plaintiffs are minors who were in the foster care system, each proceeding through a guardian ad litem, and whose medical and mental health records are dispersed across multiple providers and agencies. Plaintiff N.S. in particular has experienced at least three changes in foster home placement during the course of this litigation, which has delayed Plaintiffs' counsel's ability to obtain discovery responses, medical provider information, and health authorizations for that Plaintiff.

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

8. On June 24, 2026, Defendant County sent medical record release forms to Plaintiffs' counsel for signature by the guardians ad litem. As of the date of this filing, the health authorizations are awaiting signatures from all guardians ad litem, with completion expected in August 2026. Sixteen (16) record releases are at issue, each of which is expected to require approximately thirty (30) days for records production upon submission to the respective medical facility.

9. Given the sensitive nature of the materials, the Parties have agreed to have Plaintiffs' counsel conduct a first review of the medical records before they are produced to Defendants, which will add approximately ten (10) business days to the production timeline.

10. Additionally, counsel for Defendant County was unavailable from July 2 through July 31, 2026 (Dkt. #54), during which period the Parties were unable to finalize the terms and timeline of this stipulation.

11. Once the medical records are obtained, experts on all sides will require time to review the records and prepare reports on liability, causation, and damages. The Parties anticipate that Plaintiffs' experts will need at minimum two (2) months to review the medical records. Additionally, no depositions have yet been taken in this matter, and all parties' experts will need deposition testimony to prepare their respective reports.

12. The Parties therefore seek an extension of all pretrial deadlines, including the deadlines for fact discovery, Expert Witness Disclosures, Supplemental Disclosures, dispositive motions, and the trial date, in order to allow sufficient time for all parties to obtain, review, and analyze the medical records, conduct necessary depositions, and prepare expert reports.

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

13. No party will be prejudiced by the requested extension. All parties jointly seek this modification and the requested continuance is calibrated to the expected timeline for records production, first-look review, expert evaluation, and necessary depositions.

14. WHEREAS, good cause exists to modify the scheduling order pursuant to Federal Rule of Civil Procedure 16(b)(4). The Parties have been diligent in pursuing discovery, and the requested extension is necessitated by circumstances outside the Parties' control—specifically, the time required to obtain, review, and produce the medical records of four minor Plaintiffs in the foster care system, the Haskell Defendants' change of counsel, and pre-planned counsel unavailability. The policies favoring disposition of cases on the merits, judicial economy, and the ends of justice will be served by allowing all parties' experts access to the complete evidentiary record.

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST:

That the Court modify the pretrial schedule as follows:

| **Event** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Discovery Cutoff Date | **11/12/2026** | **04/12/2027** |
| Disclosure of Expert(s) Deadline | **8/14/2026** | **12/14/2026** |
| Supplemental Disclosure Deadline | **09/15/2026** | **1/14/2027** |
| Joint Mid-Litigation Deadline | **11/2/2026** | **04/02/2027** |
| Dispositive Motion Filing Deadline | **01/15/2027** | **06/11/2027** |
| Dispositive Motion Hearing | **03/12/2027 @ 1:00 p.m.** | **08/12/2027 @ 1:00 p.m.** |
| Joint Pretrial Statement | **04/16/2027** | **09/16/2027** |

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline | | |
| Final Pretrial Conference | **04/23/2027 @ 10:00 a.m.** | **09/23/2027 @ 10:00 a.m.** |
| Jury Trial (10-12 Days) | **06/07/2027 @ 9:00 a.m.** | **11/08/2027 @ 9:00 a.m.** |

This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signed copy of this Stipulation delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Stipulation.

IT IS SO STIPULATED, and respectfully requested, by and between the Plaintiff and Defendants by and through their designated counsel, that the Scheduling Order be changed as indicated.

Dated: August 18, 2026 WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Clifton N. Smoot
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
CLIFTON N. SMOOT
Attorneys for PLAINTIFFS

Dated: August 18, 2026 MANNING & KASS, ELLROD, RAMIREZ, TRESLER

By: /s/ Joseph J. Maccarone
JOSEPH J. MACCARONE
Attorneys for Defendants JAMES HASKELL and EMILY HASKELL

Dated: August 18, 2026

ANGELO, KILDAY & KILDUFF, LLP

By: /s/ Serena M. Warner
SERENA M. WARNER
ROBERT K. GAULTNEY
Attorneys for Defendant COUNTY OF SOLANO

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Joseph J. Maccarone Attorneys for Defendants James Haskell and Emily Haskell, and Serena M. Warner and Robert K. Gaultney, Attorneys for Defendant County of Solano concur in the content of this filing and have authorized this filing.

Dated: August 18, 2026

WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Clifton N. Smoot
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
CLIFTON N. SMOOT
Attorneys for PLAINTIFFS

**SIXTH ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| **Event** | **New Deadline** |
|---|---|
| Discovery Cutoff Date | **04/12/2027** |
| Disclosure of Expert(s) Deadline | **12/14/2026** |
| Supplemental Disclosure Deadline | **01/14/2027** |
| Joint Mid-Litigation Statement Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **06/11/2027** |
| Dispositive Motion Hearing | **08/10/2027, at 1:00 p.m.** |
| Joint Pretrial Statement Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **10/08/2027, at 10:00 a.m.** |
| Jury Trial (10-12 Days) | **11/22/2027, at 9:00 a.m.** |

All other instructions contained in the December 15, 2023 Pretrial Scheduling Order (ECF No. 28) shall remain in effect.

**IT IS SO ORDERED**.

Dated: August 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210